UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/14
```

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE NEW YORK CITY AND VICINITY CARPENTERS LABOR-MANAGEMENT CORPORATION,

Plaintiffs,

-against-

M S G CONSULTANTS, INC. d/b/a ALBA GENERAL CONTRACTORS, MARTIN SHKRELI d/b/a ALBA CONSTRUCTION CO., and ALBA GROUP, INC. d/b/a ALBA CONSTRUCTION CO.,

Defendants.

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated that the above-captioned case is dismissed without prejudice, in its entirety, with each party to bear its own attorneys' fees, costs, and expenses.

Dated: New York, New York
May 2, 2014

**VIRGINIA & AMBINDER, LLP**

By: _____
Richard Epstein
111 Broadway, Suite 1403
New York, New York 10006
(212) 943-9080
*Counsel for Plaintiffs*

**ZETLIN & DE CHIARA LLP**

By: _____
James H. Rowland
801 Second Avenue
New York, NY 10016
(212) 682-6800
*Counsel for Defendants*

The Clerk is directed to close this case. The May 5, 2014, conference is adjourned sine die.

Dated: 05/02/2014

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE